### UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

NICOLE L. HARRISON,

     Plaintiff,

v.

PROCOLLECT, INC.,

     Defendant.

Case No.  4:17-cv-03297

Honorable Judge David Hittner

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that pursuant to FRCP 41(a)(1)(A)(ii), the above- captioned action is hereby dismissed in its entirety with prejudice and without cost to any party.

Dated: January 15, 2018

Respectfully Submitted,

**NICOLE L. HARRISON**

/s/ Nathan C. Volheim
Nathan C. Volheim
*Counsel for Plaintiff*
Sulaiman Law Group, LTD
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
Phone: (630) 575-8181
Fax :(630) 575-8188
nvolheim@sulaimanlaw.com

**PROCOLLECT, INC.**

/s/ John W. Bowdich
John W. Bowdich
*Counsel for Defendant*
Bowdich & Associates, PLLC
10440 North Central Expressway,Suite 1540
Dallas, TX 75231
Phone: (214) 307-9500
jbowdich@bowdichlaw.com