United States District Court
Southern District of Texas
**ENTERED**
January 23, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NICOLE L. HARRISON,<br><br>　　　　Plaintiff,<br>v.<br><br>PROCOLLECT, INC.,<br><br>　　　　Defendant. | Case No. 4:17-cv-03297<br><br>Honorable Judge David Hittner |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that pursuant to FRCP 41(a)(1)(A)(ii), the above- captioned action is hereby dismissed in its entirety with prejudice and without cost to any party.

Dated: January 15, 2018                                             Respectfully Submitted,

**NICOLE L. HARRISON**                              **PROCOLLECT, INC.**

/s/ Nathan C. Volheim                                  /s/ John W. Bowdich
Nathan C. Volheim                                       John W. Bowdich
*Counsel for Plaintiff*                                  *Counsel for Defendant*
Sulaiman Law Group, LTD                        Bowdich & Associates, PLLC
2500 S. Highland Avenue, Suite 200       10440 North Central Expressway, Suite 1540
Lombard, Illinois 60148                           Dallas, TX 75231
Phone: (630) 575-8181                             Phone: (214) 307-9500
Fax :(630) 575-8188                                 jbowdich@bowdichlaw.com
nvolheim@sulaimanlaw.com

IT IS SO ORDERED.

SIGNED the __22__ day of January, 2018.

*[signature: David Hittner]*

DAVID HITTNER
United States District Judge